

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. **2003 CMD 005013**

vs.

ISSUED BY:

**WILLIAM A SHROPSHIRE**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** Defendant was rearrested on 12/17/2013 for Possession of Controlled Substance.

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to: Maryland

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 1/3/2014.

BAIL FIXED BY THE COURT
AT: <u>0.00</u>

Superior Court of the District of Columbia
BY: *Robert Ray Rigsby*
JUDGE ROBERT R. RIGSBY

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |

CDFBW

Case 1:14-mj-00704-TJS   Document 1   Filed 03/21/14   Page 2 of 5

PAGE 2

CRIMINAL NO: **2003 CMD 005013**

**18 USCS § 3041 (2012)**
"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate [United States magistrate judge], or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense.

**D.C. Code § 23-563(a) (2012)**
"A warrant or summons for ... an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

**D.C. Code § 23-563(c) (2012)**
"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

**D.C. Code § 23-1329(b) (2012)**
"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

**D.C. Code § 23-1329(d) (2012)**
"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to §23-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

**D.C. Code § 24-531.13 (2012)**
"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

**D.C. Code § 24-304 (2012)**
Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; or the court may revoke the order of probation and cause the re-arrest of the probationer and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Witness | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Sentencing | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Extradition Hearing | D.C. Code § 23-703 (2012) |
| Violation of Conditions of Release | D.C. Code § 23-1329 (2012) |
| Escape from Jail | D.C. Code § 22-2601 (2012) |
| Escape from Mental Hospital | D.C. Code § 24-531.13 (2012) |
| Probation Violation | D.C. Code § 24-304 (2012) |

CDFBW

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVIVSON-MIDEMEANOR BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.: **M-5013-003** |
| v. : | Judge Robert R. Rigsby |
| WILLIAM SHROPHIRE : | Show Cause Hrg.: April 16, 2004 |

### ORDER TO SHOW CAUSE

Upon consideration of the attached violation report William Shrophire failure to report to the probation office as directed, it is this /6th day of March, 2004;

**ORDERED**, that the defendant, William Shrophire's, appear in **Courtroom 103**, on the second floor of the Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, DC 20001, at **9:30 a.m.** on **Friday—April 16, 2004**, to show cause why his probation in the above-captioned case should not be revoked pursuant to D.C. Code § 24-304; and it is

**FURTHER ORDERED**, that failure to appear may result in the issuance of a bench warrant for defendant's arrest.

_____
Judge Robert R. Rigsby

(signed in chambers)

Copies to:

Office of the United States Attorney
Misdemeanor Section
555 4th Street, NW
Washington, DC 20001

S. Atkinson, CSO
Court Services and Offender Supervision Agency
25 K Street, NE
Washington, DC 20001

Everald F. Thompson, Esq.
4201 Connecticut Avenue, NW
Suite 404
Washington, DC 20008

William Shropshire
No Fixed Address



**Court Services and Offender Supervision Agency**
**for the District of Columbia**
*Community Supervision Services*
*General Supervision Branch "A"*

## Violation Report

| | | | |
|---|---|---|---|
| TO: | The Honorable Robert Rigsby | Date: | 01/22/04 |
| FROM: | CSO S. Atkinson | Telephone: | ▓▓▓▓▓ |
| RE: | William Shropshire | DOB: | ▓▓▓▓▓ |
| Address: | No Fixed Address | | |
| Probation Offense(s): | Sexual Solicitation | Docket #: | M 5013-03 |
| Probation Dates: | From: 09/03/03  To: 09/02/04 | PDID #: | 551-367 |
| Rearrest Violation: | Not Applicable | | |
| Offense(s): | | Docket No.(s): | |
| Date: Disposition: | | Bond Status: | |

**Technical Violations:** (If Applicable)

X ☐ 1. Failure to keep the following scheduled appointment(s): Failed to report to Community Supervision Officer following 09/03/03 sentencing

☐ 2. Illegal use of drugs with the results and dates of tests:

☐ 3. Failure to abide by the following special conditions:

**Probation Adjustment:**
William Shropshire was sentenced to 90 days ESS as to all but time served and one year of supervised probation on 09/03/03. He was furthered ordered to complete 120 hours of community service, pay $120.00 VVCC fine, seek and maintain employment, and to stay away from 5th and D Street, NW to include a two block radius. The offender failed to report for supervision following sentencing 09/03/03. The offender has no known residential or mailing address. Attorney Everald Thompson contacted for information on offender's whereabouts. CSO Atkinson received no return call from attorney's office.

NCIC/ WALES check indicates no current warrant for offender's arrest. JAACS and Bureau of Prisons indicate no new incarcerations.

**Recommendation:**
Because the offender has failed to comply with terms of probation, a Show Cause Hearing is requested.

Prepared by:
Signature: *Sonya Atkinson*
Sonya Atkinson
Community Supervision Officer

01-22-04
Date

Approved by:
Signature: *Maurice Jones*
Maurice Jones
Supervisory Community Supervision Officer

1-23-04
Date

*25 K Street, NE, Washington, DC 20001*
*Voice: (202) 442-1271   Fax: (202) 442-1394*